UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Petty Offense No. 3:26-93 (EMB)

UNITED STATES OF AMERICA,

          Plaintiff,                  **GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE**

    v.

JOSEPH S. KRIVIT,

          Defendant.

The United States of America hereby submits its motion to dismiss with prejudice the citation issued against the defendant (Violation No. E2697807) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 14, 2026          Respectfully Submitted,

          DANIEL N. ROSEN
          United States Attorney

          *s/ Ethan Vande Wall*
          Ethan Vande Wall
          Special Assistant United States Attorney
          600 U.S. Courthouse
          300 S. 4th Street
          Minneapolis, MN 55415
          Ethan.vande.wall@usdoj.gov
          612-664-5600