**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Petty Offense No. 3:26-93 (EMB)

UNITED STATES OF AMERICA,

          Plaintiff,                <u>Violation No: E2697807 (MN3)</u>

   v.

                                       **<u>ORDER FOR DISMISSAL</u>**

JOSEPH S. KRIVIT,

          Defendant.

Upon motion by the United States, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss is **GRANTED**. Violation No E2697807 (MN3) is dismissed with prejudice.

2. The hearing previously set for May 21, 2026 at 9:00 a.m. before Magistrate Judge Elsa M. Bullard is CANCELLED.

Dated:  May 15, 2026                    *<u>s/Elsa M. Bullard</u>*
                                      The Honorable Elsa M. Bullard
                                      United States Magistrate Judge